IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LATRENNA THOMPSON,

　　Plaintiff,

　　v.　　　　　　　　　　　　　　　　Case No. 16-cv-320-bbc

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

　　Defendant.

ORDER ON THE PARTIES' STIPULATION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms.  See *Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, an Administrative Law Judge (ALJ) will offer Plaintiff the opportunity to submit additional evidence and arguments, and to testify at a hearing. The ALJ will proceed through the sequential evaluation process as needed to issue a

decision. The ALJ will reconsider the medical evidence, including the frequency of treatment. The ALJ will consider and weigh the medical opinions of record. The ALJ will reevaluate the liming effects of Plaintiff's symptoms. If the case proceeds to step four of the sequential evaluation the ALJ will also reevaluate the claimant's residual functional capacity. If necessary, the ALJ will obtain supplemental vocational expert testimony to assist in reaching findings at steps four and/or five. The ALJ shall issue a de novo decision consistent with all applicable rules and regulations.

SO ORDERED this 10th day of November, 2016.

Barbara B. Crabb
HON. BARBARA B. CRABB
United States District Judge